IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| HOME DESIGN SERVICES, INC., ) | FILED BY _____ D.C. |
| ) | 05 MAY -9 PM 1:00 |
| Plaintiff, ) | |
| ) | ROBERT R. DI TROLIO |
| v. ) | CLERK, U.S. DIST. CT. |
| ) NO. ~~03-2724~~ Ma/An | W.D. OF TN, MEMPHIS |
| GREAT AMERICAN HONES OF ) | |
| MEMPHIS, LLC, et al., ) 03-2742-Ma/An | |
| ) | |
| Defendants. ) | |

### ORDER DENYING MOTION FOR ENLARGEMENT OF TIME
### TO EFFECT SERVICE OF PROCESS ON DEFENDANTS

Before the Court is Plaintiff's Motion for Enlargement of Time to Effect Service of Process on Defendants filed on December 3, 2004. Defendants Homes Extraordiniare Realtor/Builder, LLC, Jeff Hirsh, and Robert Hirsh have been served and have filed their Answer to Plaintiff's Complaint. Therefore, after due consideration, the instant Motion is **DENIED** without prejudice. Plaintiff may re-file the instant motion if additional time is needed to effect service of process on the remaining Defendants.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 06, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-9-05

(39)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:03-CV-02742 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Jason R. Maughan
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Jon D. Parrish
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Honorable Samuel Mays
US DISTRICT COURT