IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| HOME DESIGN SERVICES, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.   03-2742 Ma/An |
| | ) | |
| GREAT AMERICAN HOMES OF MEMPHIS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

### ORDER GRANTING MOTION TO COMPEL

---

Before the Court is Plaintiff's Motion to Compel Discovery and For Sanctions filed on July 1, 2005. On July 6, 2005, Defendants responded to the Motion to Compel and stated that Defendants had faxed a copy of the requested discovery responses to Plaintiff. Defendants also stated that they would be mailing a signed copy of the discovery responses to Plaintiff during the week of July 11, 2005. Therefore, for good cause shown, the Motion to Compel is **GRANTED**. Defendants shall provide complete responses to Plaintiff's discovery responses within 7 days of entry of this Order, if they have not already done so.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 18, 2005

1

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 7-20-05

44

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:03-CV-02742 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Jon D. Parrish
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Floyd S. Yarnell
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Jason R. Maughan
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Honorable Samuel Mays
US DISTRICT COURT