IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| HOME DESIGN SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.   03-2742 Ma/An |
| ) | |
| GREAT AMERICAN HOMES OF ) | |
| MEMPHIS, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING MOTION FOR MODIFICATION
### OF RULE 16(b) SCHEDULING ORDER

Before the Court is Plaintiff's Motion to Extend Case Management Deadlines filed on November 14, 2005. The Plaintiff asks the Court to extend the remaining deadlines in the Court's March 2, 2005 Scheduling Order by ninety (90) days. For good cause shown, the motion is **GRANTED**. The Scheduling Order shall be modified to reflect the following deadlines:

| | |
|---|---|
| **Completing all Discovery** | February 9, 2006 |
| **Depositions of Experts** | February 9, 2006 |
| **Filing Dispositive Motions** | March 9, 2006 |
| **Completion of Mediation** | March 1, 2006 |

The other deadlines established in the Rule 16(b) Scheduling Order remain in effect.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 07, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:03-CV-02742 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Jason R. Maughan
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Jon D. Parrish
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Floyd S. Yarnell
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT