IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 19 PM 3:41

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

HOME DESIGN SERVICES, INC.

    Plaintiff,

VS.                         NO. 03-2742-MaA

GREAT AMERICAN HOMES OF
MEMPHIS, ET AL.,

    Defendants.

## ORDER AMENDING SCHEDULE

Pursuant to plaintiff's November 14, 2005, motion to extend case management deadlines in this matter, the court held a status conference on December 7, 2005. Participating by telephone on behalf of plaintiff was Floyd Yarnell. Participating on behalf of the defendants was Robert Moore. For good cause shown, the court grants the motion and amends the schedule as follows:

1. Defendants' expert disclosures are due January 9, 2006.
2. Plaintiff's rebuttal expert disclosures are due February 7, 2006.
3. The deadline for completing discovery, including expert depositions, is March 7, 2006.
4. The deadline for filing potentially dispositive motions is April 7, 2006.
5. The deadline for completing mediation before the magistrate judge is March 31, 2006.

This document entered on the docket sheet in compliance on 12-21-05

6. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on June 8, 2006.

7. A pretrial conference will be held on Thursday, June 15, 2006, at 9:00 a.m.

8. The non-jury trial is **reset** to Monday, June 26, 2006, at 9:30 a.m. and is expected to take 3 to 4 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 19th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:03-CV-02742 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Floyd S. Yarnell
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Jon D. Parrish
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Honorable Samuel Mays
US DISTRICT COURT